UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIMOTHY STALL,<br><br>　　　　　Plaintiff,<br>　v.<br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01321-APG-BNW<br><br>ORDER |

**I.　DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). He has not paid a filing fee. He also has not filed an application to proceed *in forma pauperis*, although he has filed a financial certificate with account statements. (ECF No. 1, 1-2).

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must

file a fully complete application to proceed *in forma pauperis* and file it with the required financial documents.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court MUST SEND Plaintiff the approved form application to proceed in forma pauperis by a prisoner, as well as the document entitled information and instructions for filing an in forma pauperis application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court must retain the complaint (ECF No. 1-1) but must not file it at this time.

DATED: August 6, 2019

_____
UNITED STATES MAGISTRATE JUDGE